Bailout_0B781A5633AA66045EDB001F36333DF09057E258_Colorado_(14)

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash |
|---|---|---|---|---|
| 1 | 173.164.58.28 | 9/7/13 03:05:16 PM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 2 | 184.99.238.8 | 8/14/13 01:10:03 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 3 | 24.8.216.154 | 8/13/13 09:31:25 PM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 4 | 174.16.172.18 | 8/12/13 09:58:13 PM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 5 | 98.245.85.251 | 8/9/13 06:55:59 PM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 6 | 184.157.114.35 | 8/5/13 03:28:04 PM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 7 | 174.24.5.208 | 8/4/13 11:52:56 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 8 | 50.134.246.116 | 8/4/13 06:38:19 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 9 | 24.9.82.246 | 8/4/13 04:22:15 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 10 | 24.8.47.80 | 8/3/13 05:51:04 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 11 | 75.173.237.214 | 8/2/13 06:23:12 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 12 | 67.173.246.42 | 8/1/13 05:40:27 PM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 13 | 97.118.171.169 | 8/1/13 08:23:00 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |
| 14 | 71.229.150.178 | 8/1/13 04:08:12 AM | Assault.On.Wall.Street.2013.DVDRip.XviD-PTpOWeR | SHA1: 0B781A5633AA66045EDB001F36333DF09057E258 |

Bailout_0B781A5633AA66045EDB001F36333DF09057E258_Colorado_(14)

| ISP | Region | City | Province |
|---|---|---|---|
| Comcast Business Communications | Colorado | Boulder | Boulder County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Aurora | Adams County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Boulder | Boulder County |
| CenturyLink | Colorado | Pagosa Springs | Archuleta County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Englewood | Arapahoe County |
| Comcast Cable | Colorado | Fort Collins | Larimer County |
| Comcast Cable | Colorado | Denver | Denver County |
| CenturyLink | Colorado | Colorado Springs | El Paso County |
| Comcast Cable | Colorado | Berthoud | Larimer County |
| CenturyLink | Colorado | Denver | Denver County |
| Comcast Cable | Colorado | Denver | Denver County |