# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-668-151**

**Effective date of registration:**

March 28, 2013

## Title

- **Title of Work:** Bailout: The Age of Greed
- **Previous or Alternative Title:** Bailout

## Completion/Publication

- **Year of Completion:** 2013

## Author

- **Author:** Lynn Peak Productions Inc.
- **Author Created:** entire motion picture, production/producer, direction/director, script/screenplay, cinematography/cinematographer, editing/editor
- **Work made for hire:** Yes
- **Citizen of:** Canada
- **Domiciled in:** Canada

## Copyright claimant

- **Copyright Claimant:** Lynn Peak Productions Inc.
  c/o The Bridge Studios, 2400 Boundary Road, Burnaby, V5M 3Z3, Canada

## Limitation of copyright claim

- **Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music
- **New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, new narration, revisions/additions to script, editing

## Rights and Permissions

- **Organization Name:** Lynn Peak Productions Inc.
- **Email:** legal@brightlightpictures.com
- **Address:** c/o The Bridge Studios
  2400 Boundary Road
  Burnaby, V5M 3Z3 Canada

## Certification

**Registration #:** PAU003668151
**Service Request #:** 1-891435671



Lynn Peak Productions Inc.
David Oland
c/o The Bridge Studios
2400 Boundary Road
Burnaby, V5M 3Z3  Canada