**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02911

Lynn Peak Productions, Inc.,
a Canadian Corporation,

    Plaintiff,

vs.

DOES 1-14,

    Defendants.

---

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF**

---

Lynn Peak Productions, Inc. ("LPP"), by and through its counsel, Scott T. Kannady, of the law firm Brown & Kannady, LLC, pursuant to D.C.COLO.LCivR 7.4, discloses as follows:

1. LPP has two parent entities as follows:

    a. 0939599 BC LTD.
       2400 Boundary Road, Burnaby
       V5M 3Z3, Canada

    b. Studio West Productions (VCC) Inc.
       2400 Boundary Road, Burnaby
       V5M 3Z3, Canada

2. There are no publicly held entities that have a ten percent or more ownership interest in LPP.

DATED: October 24, 2013.

**BROWN & KANNADY, LLC**

By: s/ Scott T. Kannady
Scott Kannady, No. 29995
David J. Meretta, No. 44409
Brown & Kannady, LLC
2000 S. Colorado Blvd., Suite 2-610
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com
E-mail: dmeretta@gmail.com

ATTORNEYS FOR PLAINTIFF