IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02911-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,,

    Plaintiff,

v.

DOES 1 -14,

    Defendants.

---

## ORDER

---

In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 10, 2014 (ECF No. 25), it is

ORDERED that Defendant Does 4 and 7 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  April 14, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge