IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02911-WYD-MEH

LYNN PEAK PRODUCTIONS, INC., a Canadian Corporation,,

    Plaintiff,

v.

DOES 1-3, 5-6, 8-14,

    Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal of Case filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on May 12, 2014 (ECF No. 29), it is

ORDERED that the remaining John Does and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  May 13, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge